IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-20157-3-STA-tmp |
| | ) | |
| RONNIE JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO SUPPRESS AS MOOT**

Before the Court is Defendant Ronnie Jackson's Motion to Suppress (D.E. # 129) filed on September 16, 2013. On November 7, 2013, the United States Magistrate Judge convened a hearing on Defendant's Motion, at which time the Defendant acting *pro se* withdrew his Motion in open court. The Magistrate Judge entered a Report and recommended that Defendant's Motion to Suppress be denied as moot. Neither party has filed any objections to the Magistrate Judge's Report within the time allowed. Therefore, the Court adopts the Report and Recommendation, and Defendant's Motion to Suppress is **DENIED** as moot.

    **IT IS SO ORDERED.**

                                                   s/ S. Thomas Anderson
                                                   S. THOMAS ANDERSON
                                                   UNITED STATES DISTRICT JUDGE

                                                   Date: January 7, 2014